**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE**

**CIVIL ACTION NO. 08-230-JBC**

**BAMBI DAVIS,**                                                                          **PLAINTIFF,**

**V.**                                              **JUDGMENT**

**MICHAEL ASTRUE,
SOCIAL SECURITY ADMINISTRATION,**                                **DEFENDANT.**

* * * * * * * * * * *

The court, having granted the Commissioner's motion for summary judgment and having denied the plaintiff's motion for summary judgment, enters **JUDGMENT** in favor of the Commissioner, pursuant to Sentence Four of 42 U.S.C. § 405(g).

There being no just cause for delay in its entry, this order is **FINAL** and **APPEALABLE**.

The matter is **STRICKEN** from the court's active docket.

Signed on  January 5, 2010

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

2